UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:
08-20618-CIV-MORENO

JOSE ESPINOSA,

    Plaintiff,

vs.

CHINA GRILL SOBE, INC., a Florida corporation, SC COLLINS, LLC, a Florida limited liability company, d/b/a China Grill Restaurant,

    Defendants.
_____/

### FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Joint Stipulation for Dismissal with Prejudice **(D.E. 20)**, filed **August 12, 2008**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice. Further, all pending motions are **DENIED** as moot with leave to renew if appropriate. This case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of August, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record